UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. KIAMMA HASON WHITFIELD                              Docket No. 5:14-CR-172-1BR

**Petition for Action on Supervised Release**

    COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kiamma Hason Whitfield, who, upon an earlier plea of guilty to Impaired Driving, Aggravated Level One, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on March 9, 2015, to the custody of the Bureau of Prisons for a term of 12 months and a day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months. Kiamma Hason Whitfield was released from custody on September 4, 2015, at which time the term of supervised release commenced.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 21, 2015, the defendant was charged in Cumberland County, North Carolina, with Driving While License Revoked. He was verbally admonished and reminded that he is not to operate a motor vehicle until properly licensed. As a punitive sanction, it is respectfully recommended that his conditions of supervised release be modified to include 48 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2536<br>Executed On: November 6, 2015 |

**ORDER OF THE COURT**

Considered and ordered this 6 day of November, 2015 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge